**From:** info@ord.uscourts.gov
**Sent:** Friday, March 12, 2021 2:24 PM
**To:** CASDdb_interdistricttransfer_casd
**Subject:** Transferred case has been opened


CASE: 3:17-cv-00605

DETAILS: Case transferred from California Southern has been opened in District of Oregon as case 3:21-cv-00375, filed 03/12/2021.